UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET P.,

       Plaintiff,                              Case No. 24-12222

v.                                               Honorable Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JANUARY 24, 2025 REPORT AND RECOMMENDATION [17]**

Plaintiff Bridget P. filed this action *pro se* seeking review of a denial of benefits by the Social Security Administration on behalf of minor K.D., Plaintiff's daughter. (ECF Nos. 1; 17, PageID.117.) The Court referred pretrial proceedings to Magistrate Judge Anthony P. Patti. (ECF No. 14.) Before the Court is the Magistrate Judge's report and recommendation to dismiss Plaintiffs' claim without prejudice. (ECF No. 17.) No party has filed objections. Plaintiff has filed a letter generally explaining her concerns that is identical to the letter filed in response to the Magistrate Judge's show cause order. (ECF No. 20.) The letter does not identify specific issues or objections to the Magistrate Judge's report and recommendation. *Id.* "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court

1

ACCEPTS AND ADOPTS the report and recommendation (ECF No. 17). Accordingly, the

matter is DISMISSED.

     SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: July 7, 2025


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic and/or ordinary mail.

                                        s/Marlena Williams
                                        Case Manager